| **United States Bankruptcy Court**<br>**Central District Of California** | |
|---|---|
| In re:<br>The Barbara A Sinatra Family Limited Partnership | CHAPTER NO.: 11 |
| | CASE NO.: 8:14−bk−16337−ES |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Court Manual, section 2−1]
☒ Corporate Ownership Statement as specified by Local Bankruptcy Rule 1007−4
☒ Statement of Related Cases (Information required by LBR 1015−2 (LBR Form F 1015−2.1))
☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; FRBP 2016(b); Court Manual, section 2−1]
☒ Verification of Master Mailing List of Creditors [LBR 1007−1(d)] (Local Form)

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

       Chapter 11    Original and 2 Copies. 1 copy marked as "Judge's Copy."

**Please return the original or copy of this form with all required items to the following location:**

       411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: October 26, 2014

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Vi Nguyen**
**Deputy Clerk**