WILLIAM D. COFFEE, ESQ. (Bar No. 143653)
bcoffee@sr-firm.com
SONGSTAD RANDALL COFFEE & HUMPHREY LLP
2201 Dupont Drive, Suite 100
Irvine, California 92612
Telephone: (949) 757-1600
Facsimile: (949) 757-1613

Attorneys for Debtors
Grace Rocco, an individual; Jeffrey R. Bennett,
Trustee of the Grace Rocco Irrevocable Qualified Domestic
Trust Dated March 29, 2000

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re | Case No. 8:14-bk-16337-ES |
|---|---|
| THE BARBARA SINATRA FAMILY LIMITED PARTNERSHIP | Adversary Case No. 8:14-ap-01281 |
| | Chapter 11 Petition Filed October 26, 2014 |
| Debtor. | Assigned for all Purposes To: Honorable Erithe A. Smith, Judge Dept. 5A |
| | REQUEST FOR SPECIAL NOTICE |

**TO THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that GRACE ROCCO ("Rocco") and JEFFREY R. BENNETT ("Bennett"), Trustee of the Grace Rocco Irrevocable Qualified Domestic Trust Dated March 29, 2000, creditors in the above-referenced matter, by and through their attorneys of record, Songstad Randall Coffee & Humphrey LLP, hereby request special notice in the this action and request that all notices given or required to be given, and all papers served in this case be delivered to and served upon the undersigned as follows:

///

///

1

Request for Special Notice

1 | **William D. Coffee, Esq.**
2 | **Songstad Randall Coffee & Humphrey LLP**
3 | 2201 Dupont Drive, Suite 100
4 | Irvine, CA 92612
5 | Telephone: (949) 757-1600
6 | Facsimile: (949) 757-1613
7 | E-mail Address: bcoffee@sr-firm.com

Dated: October 28th, 2014

SONGSTAD RANDALL
COFFEE & HUMPHREY LLP

By: _____
William D. Coffee, Esq.
Attorneys for Creditors Grace Rocco; Jeffery R. Bennett, Trustee of the Grace Rocco Irrevocable Qualified Domestic Trust Dated March 29, 2000

## PROOF OF SERVICE

I am employed in the County of Orange, State of California, over the age of eighteen years, and not a party to the within action. My business address is SONGSTAD RANDALL COFFEE & HUMPHREY LLP, 2201 Dupont Drive, Suite 100, Irvine, California 92612. On the date set forth below, I served the foregoing copy of the document(s) described as **REQUEST FOR SPECIAL NOTICE (In re The Barbara Sinatra Family Limited Partnership, U.S. Bankruptcy Court, Central District of California, Santa Ana Division Case No. 8:14-bk-16337-ES; Adversary Proceeding Case No. 8:14-ap-01281)** as follows:

**XX**    **By Electronic Service** – Pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-02, Section VII.A., which provides in part: "Upon the electronic filing of a document, a NEF is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered CM/ECF Users and have consented to electronic service. Service of an electronically filed document upon a CM/ECF user who has consented to electronic services is deemed complete upon the transmission of the NEF."

**United States Mail:** By placing the document(s) listed above in sealed envelopes(s) with postage thereon fully prepaid for collection and mailing in Irvine, California, addressed as set forth below, or as stated on the attached service list.

**By Electronic Service – One Legal:** By causing the document(s) listed above to be served by electronic service by One Legal, through the user interface at www.onelegal.com, to the person(s) at the address(es) set forth below or on the attached service list based on the court e-Filing and e-Service mandate.

**Overnight Delivery:** By placing the document(s) listed above in a sealed Federal Express envelope for next business day delivery, fully prepaid, in the Federal Express box at Irvine, California, addressed as set forth below, or as stated on the attached service list.

**E-Mail** - By causing the documents listed above to be served by electronic service based on a court order and agreement of the parties to accept service by electronic transmission to the person(s) at the address(es) set forth below, or on the attached service list.

### SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**X**    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on October 28, 2014 at Irvine, California.

_____
Barbara C. Przybylski

Proof of Service

## SERVICE LIST

| | |
|---|---|
| David G. Epstein, Esq.<br>The David Epstein Law Firm<br>P.O. Box 4858<br>Laguna Beach, CA 92652 | Telephone: (949) 715-1500<br>Facsimile: (949) 715-2570<br>Email: david@epsteinlitigation.com<br>**(Attorneys for Debtor/Plaintiff the Barbara Sinatra Family Limited Partnership)** |
| Michael J. Hauser, Esq.<br>411 W Fourth Street, Suite 9041<br>Santa Ana, CA 92701 | Telephone: (714) 338-3417<br>Facsimile: (714) 338-3421<br>Email: Michael.hauser@usdoj.gov<br><br>**(Attorneys for United States Trustee)** |

Proof of Service